1

2

3

4

5

6

7

8
# UNITED STATES DISTRICT COURT

9
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11
PASCUAL MARTINEZ, on behalf of himself and all others similarly situated,

12
Plaintiff,

13
vs.

14
BUFFETS, INC.; HOMETOWN

15
BUFFET, INC.,

16
Defendants.

Case No. CV-09-07697-AHM (SHx)

**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF PASCUAL MARTINEZ**

Trial Judge:      Hon. A. Howard Matz
Magistrate:      Hon. Stephen J. Hillman
Complaint filed: October 22, 2009

17

18

19

20

21

22

23

24

25

26

27

28

1

1    Based upon the stipulation of the parties, and good cause having been shown,

2  pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is

3  hereby dismissed with prejudice as to Plaintiff Pascual Martinez only.  Said

4  dismissal shall not have any affect on any claims that could have been asserted by

5  an absent class member in this action.  The putative class claims asserted in the

6  Complaint are dismissed without prejudice.

7

8  DATED:  March 05, 2010

9

10

11  _____
    HONORABLE HOWARD A. MATZ
12  UNITED STATES DISTRICT COURT

13  **JS-6**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO PLAINTIFF
PASCUAL MARTINEZ